# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | **CIVIL ACTION NO. 1:05-CV-0818** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **THE UNITED STATES OF AMERICA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of September, 2005, upon consideration of plaintiff's motion to strike (Doc. 15) requesting that defendants' motion to dismiss (Doc. 14) be stricken from the docket for failure to aver specific grounds for dismissal, and of plaintiff's notice (Doc. 17) that defendants have failed to file a timely brief in support of the motion to dismiss (Doc. 14), and it appearing that defendants' brief in support of the motion to dismiss (Doc. 14) is not yet due and may articulate specific grounds for dismissal, see L.R. 7.5 (allowing ten days after filing a motion to file a supporting brief); see also FED. R. CIV. P. 6(a) ("When the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation."), it is hereby ORDERED that the motion to strike (Doc. 15) is DENIED.

                                                  S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge