**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RORY M. WALSH,** : | **CIVIL ACTION NO. 1:05-CV-0818** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **THE UNITED STATES OF AMERICA, et al.,** : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 14th day of October, 2005, upon consideration of plaintiff's motion to amend the complaint (Doc. 23), and it appearing that a responsive pleading has not been served, see FED. R. CIV. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . ."), it is hereby ORDERED that the motion (Doc. 23) is GRANTED. Plaintiff shall be permitted to file the amended complaint on or before October 21, 2005.

                                              S/ Christopher C. Conner
                                             CHRISTOPHER C. CONNER
                                             United States District Judge