IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | CIVIL ACTION NO. 1:05-CV-0818 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **THE UNITED STATES OF AMERICA, et al.,** | : | |
| Defendants | : | |

*FILED HARRISBURG APR 1 4 2006 MARY E. D'ANDREA, CLERK Per_____ Deputy Clerk*

## ORDER

AND NOW, this 14th day of April, 2006, upon consideration of plaintiff's motion for summary judgment (Doc. 45), averring that summary judgment is appropriate because defendants have not responded to his requests for admission, see Fed. R. Civ. P. 36 ("The matter is admitted unless, within 30 days after service of the request, or within such shorter or longer time as the court may allow . . . the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter . . . ."), and it appearing that a motion to dismiss (Doc. 32) is pending before the court, it is hereby ORDERED that:

1. Defendants shall file, on or before April 28, 2006, a response showing cause why they have not responded to plaintiff's requests for admission.

2. Briefing on the motion for summary judgment (Doc. 45) is otherwise STAYED pending disposition of the motion to dismiss (Doc. 32).

*/s/ Christopher C. Conner*
CHRISTOPHER C. CONNER
United States District Judge