**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RORY M. WALSH**, | : | **CIVIL ACTION NO. 1:05-CV-0818** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **THE UNITED STATES OF** | : | |
| **AMERICA**, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of June, 2006, upon consideration of *pro se*

plaintiff's motion for "default judgment" (Doc. 66), arguing that plaintiff's motion

for reconsideration (Doc. 61) should be granted because defendants failed to oppose

it, <u>see</u> L.R. 7.6,[1] and it appearing that the court already ruled on the motion for

reconsideration (<u>see</u> Doc. 64), it is hereby ORDERED that the motion for "default

judgment" (Doc. 66) is DENIED as moot.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Plaintiff was apparently unaware of defendants' timely brief in opposition
(Doc. 63), filed on the same day as the instant motion.  <u>See</u> L.R. 7.6 (stating that a
brief in opposition shall be filed within fifteen days after service of the brief in
support); <u>see also</u> FED. R. CIV. P. 6(a) (providing the method for computing periods
of time); <u>id.</u> 6(e) ("Whenever a party must or may act within a prescribed period
after service and service is made under Rule 5(b)(2)(B), (C), or (D), 3 days are added
after the prescribed period would otherwise expire under subdivision (a).").