IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RORY M. WALSH,** | : CIVIL ACTION NO. 1:05-CV-0818 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **THE UNITED STATES OF AMERICA**, et al., | : |
| **Defendants** | : |

## ORDER

AND NOW, this 17th day of July, 2006, upon consideration of *pro se* plaintiff's motion for "default judgment" (Doc. 77), arguing that plaintiff's motion for reconsideration (Doc. 73) should be granted because defendants failed to oppose it, and it appearing that the court is not required to grant every unopposed motion,[1] and that the court will rule on the motion for reconsideration (Doc. 73) after a substantive review of the motion, it is hereby ORDERED that the motion for default judgment (Doc. 77) is DENIED.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] A prior order of court informed plaintiff that the court was not required to grant every unopposed motion. (See Doc. 72 at 2 n.3.)