# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | **CIVIL ACTION NO. 1:05-CV-0818** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **THE UNITED STATES OF AMERICA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 21st day of July, 2006, upon consideration of plaintiff's request to compel defendants' response to discovery requests, and, following a telephone conference with the parties,[1] it appearing that defendants' have responded to plaintiff's discovery requests, it is hereby ORDERED that plaintiff's request to compel is DENIED.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The parties submitted correspondence on the outstanding discovery issues pursuant to the order of court dated July 18, 2006 (Doc. 84).