## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | CIVIL ACTION NO. 1:05-CV-0818 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| | : | |
| **THE UNITED STATES OF AMERICA**, et al., | : | |
| | : | |
| Defendants | : | |

### ORDER

AND NOW, this 15th day of August, 2006, upon consideration of *pro se* plaintiff's motion for a telephone conference (Doc. 98) to discuss the order of court dated August 11, 2006 (Doc. 96), in which the court denied plaintiff's motion for reconsideration, and it appearing that the purpose of the conference is merely to repeat arguments previously addressed by the court (see Docs. 65, 96), see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa. 1994) ("A motion for reconsideration is not to be used as a means to reargue matters already argued and disposed of."), it is hereby ORDERED that the motion for a telephone conference (Doc. 98) is CONSTRUED as a motion for reconsideration and is DENIED as so construed.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge