IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | CIVIL ACTION NO. 1:05-CV-0818 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **THE UNITED STATES OF AMERICA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 5th day of September, 2006, upon consideration of *pro se* plaintiff's motion (Doc. 92) to deem admitted the requests for admissions to defendants General James L. Jones, Jr. and the United States Department of the Navy, averring that he has not received verification from defendant Jones and that the Navy has perjured itself, and it appearing that defendants responded to plaintiff's requests for admissions (see, e.g., Doc. 93, Exs. B, C),[1] but that defendant Jones has not indicated whether he provided a verification to plaintiff, and the court finding no merit in plaintiff's perjury allegation, it is hereby ORDERED that the motion (Doc. 92) to deem admitted the requests for admissions to defendants General James L. Jones, Jr. and the Department of the Navy is GRANTED in part and DENIED in part as follows:

---

[1] Plaintiff need not seek a court order confirming the responses to his requests for admissions, i.e., the court cannot deem admitted that which has already been admitted by defendants.

1. The motion (Doc. 92) is GRANTED to the extent that defendant General James L. Jones, Jr. shall file with the court and send to plaintiff, on or before September 22, 2006, verification of his responses to plaintiff's requests for admissions.

2. The motion (Doc. 92) is otherwise DENIED.

  S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge
