IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RORY M. WALSH,** : | CIVIL ACTION NO. 1:05-CV-0818 |
| : | |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| : | |
| **THE UNITED STATES OF** : | |
| **AMERICA, et al.,** : | |
| : | |
| **Defendants** : | |

### ORDER

AND NOW, this 12th day of October, 2006, upon consideration of *pro se* plaintiff's motion for reconsideration (Doc. 145) of the orders of court dated September 5 and October 6, 2006 (Docs. 120, 143),[1] in which the court denied plaintiff's motion to compel the production of documents and motion to hold defendants in contempt, for sanctions, and to require defendants to attend depositions, and the court finding that there are no manifest errors of law or fact in the challenged orders, see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion for reconsideration (Doc. 145) is DENIED.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Plaintiff incorrectly states that the court extended discovery by six months. (See Doc. 145 ¶ 2.) The court granted plaintiff's previous request for an enlargement of the discovery deadline, but stated that plaintiff had not shown good cause for the requested six month extension. (See Doc. 138.)