IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | **CIVIL ACTION NO. 1:05-CV-0818** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **THE UNITED STATES OF AMERICA, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 5th day of March, 2007, upon consideration of plaintiff's "motion for issuance of restraining and/or protective order pursuant to 18 U.S.C. §§ 1514 and 3771" (Doc. 180)[1], which inexplicably seeks relief pursuant to statutory sections, one of which requires certification or application by the attorney for the government (18 U.S.C. § 1514), and the other of which relates to the rights of a crime victim (Crimes Victims' Rights Act, 18 U.S.C. § 3771), to support requested injunctive relief against unknown alleged burglars, and after attempting to schedule a telephone conference thereon and having been apprised that plaintiff's counsel is out of town and unavailable until the week of March 12, 2007, and the court noting the absence of any supporting memorandum of law, it is hereby ORDERED that said motion (Doc. 180) is DENIED without prejudice. However, any efforts to reassert a claim for relief under these statutory sections must include a detailed

---

[1] Paragraph 5 of the motion indicates that a police report is appended as an exhibit, but no such report is reflected on the docket.

memorandum of law citing to applicable authority, and such filing shall be scrutinized under Rule 11 of the Federal Rules of Civil Procedure.

                                                   S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge