# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | **CIVIL ACTION NO. 1:05-CV-0818** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **THE UNITED STATES OF AMERICA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 4th day of May, 2007, upon consideration of plaintiff's "motion for issuance of restraining and/or protective order pursuant to 18 U.S.C. §§ 1514 and 3771" (Doc. 182), and for the reasons set forth on the record during the hearing held on this date, it is hereby ORDERED that the motion (Doc. 182) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge