## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | **CIVIL ACTION NO. 1:05-CV-0818** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **THE UNITED STATES OF** | : | |
| **AMERICA, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 7th day of May, 2007, following a telephone conference with the parties on April 23, 2007 regarding a discovery dispute (<u>see</u> Doc. 184), and upon consideration of the correspondence submitted by plaintiff,[1] it is hereby ORDERED that the Department of the Navy shall respond, on or before May 29, 2007, to the discovery requests outlined in the correspondence submitted by plaintiff.[2]  This ruling is without prejudice to the Department of the Navy's right to object to plaintiff's discovery requests.


      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The court notes that plaintiff served this correspondence on counsel for defendant by email.

[2] To the extent that the Navy already responded to these requests, counsel for defendant may forward a copy of such responses to counsel for plaintiff.