IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | CIVIL ACTION NO. 1:05-CV-0818 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **THE UNITED STATES OF AMERICA, et al.,** | : | |
| Defendants | : | |

### ORDER

AND NOW, this 15th day of October, 2007, upon consideration of plaintiff's motion (Doc. 240) to terminate his attorney, Sara A. Austin, Esquire, it is hereby ORDERED that:

1. The motion to terminate (Doc. 240) is GRANTED.

2. Sara A. Austin, Esquire, is TERMINATED as attorney of record for plaintiff Rory M. Walsh.

3. The Clerk of Court is directed to designate Rory M. Walsh as a *pro se* plaintiff.[1]

4. The Clerk of Court is directed to send a copy of this order and the docket in this case via regular mail to Rory M. Walsh at 715 S. Hampton at Waterford, York, Pennsylvania, 17402.[2]

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Plaintiff indicates that he has retained new counsel, but no entry of appearance by new counsel has been made yet.

[2] The docket shall reflect the following telephone number for plaintiff: 717-755-6472.