IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | CIVIL ACTION NO. 1:05-CV-0818 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **THE UNITED STATES OF AMERICA**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 14th day of December, 2007, upon consideration of plaintiff's motion (Doc. 258) to terminate his attorney, Jonathan W. Crisp, Esquire, and of Attorney Crisp's unopposed motion (Doc. 257) to withdraw as plaintiff's counsel, it is hereby ORDERED that:

1. The motions (Docs. 257, 258) are GRANTED.

2. Jonathan W. Crisp, Esquire, is TERMINATED as attorney of record for plaintiff Rory M. Walsh.

3. The Clerk of Court is directed to designate Rory M. Walsh as a *pro se* plaintiff.

4. The Clerk of Court is directed to send a copy of this order and the docket in this case via regular mail to Rory M. Walsh at 715 S. Hampton at Waterford, York, Pennsylvania, 17402.[1]

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The docket shall reflect the following telephone number for plaintiff: 717-755-6472.