# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | CIVIL ACTION NO. 1:05-CV-0818 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| | : | |
| **THE UNITED STATES OF AMERICA**, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of December, 2007, upon consideration of *pro se* plaintiff's motion (Doc. 264) requesting partial reconsideration of the order of court dated November 29, 2007 (Doc. 256) which denied plaintiff's previous motion seeking to rejoin the Navy as a defendant in the instant action and seeking to join Robert D. Hogue and Michael W. Hagee as new defendants, and the court finding that there are no manifest errors of law or fact in the challenged order, see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion for partial reconsideration (Doc. 264) is DENIED.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge