IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | **CIVIL ACTION NO. 1:05-CV-0818** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **THE UNITED STATES OF AMERICA, et al.,** | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 14th day of December, 2007, upon consideration of *pro se* plaintiff's motions (Doc. 260, 262) to remove Attorney Mark Morrison as counsel for defendant and to reconsider and/or vacate the July 11, 2007 order (Doc. 205) issued by Magistrate Judge Smyser to the extent that it denied plaintiff's request to depose Attorney Morrison and his legal assistant,[1] in which plaintiff alleges that Attorney Morrison has committed fraud and obstructed justice by deceiving plaintiff regarding discovery responses and by participating in alleged break-ins at his residence where only discovery materials were stolen, and the court finding that the evidence presented by plaintiff does not support these allegations against Attorney Morrison, and that the July 11, 2007 order (Doc. 205) issued by Magistrate Judge Smyser was not "clearly erroneous or contrary to law," see L.R. 72.2, it is hereby ORDERED that the motions (Docs. 260, 262) to remove Attorney Mark Morrison as

---

[1] As the court did with plaintiff's previous motion (Doc. 206) to reconsider and/or vacate the Magistrate Judge Smyser's July 11, 2005 order (Doc. 205), the court will construe this request as an appeal from a non-dispositive order of a magistrate judge. (See Doc. 226 at 3.)

counsel for defendant and to reconsider and/or vacate the July 11, 2007 order issued by Magistrate Judge Smyser are DENIED.

                                                     S/ Christopher C. Conner  
                                                    CHRISTOPHER C. CONNER  
                                                    United States District Judge