IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RORY M. WALSH,** | : CIVIL ACTION NO. 1:05-CV-0818 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **THE UNITED STATES OF AMERICA**, et al., | : |
| **Defendants** | : |

## ORDER

AND NOW, this 29th day of January, 2008, upon consideration of *pro se* plaintiff's concurred-in motion (Doc. 285) to amend his statement of material facts (Doc. 272), it is hereby ORDERED that:

1. The motion (Doc. 285) to amend the statement of material facts (Doc. 272) is GRANTED.

2. The Clerk of Court is directed to remove the amended statement of material facts (Doc. 285, Ex. B) from the docket and file it as a Statement of Facts regarding plaintiff's motion for summary judgment (Doc. 269) as of the date of this order.[1]

3. The Clerk of Court is directed to remove the exhibits from the original statement of material facts (Doc. 272, Exs. A-Y) from the docket and file them as exhibits to the statement of facts from paragraph 2 above.

4. Plaintiff's original statement of material facts (Doc. 272) is STRICKEN from the record.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The court notes that defendant already responded to plaintiff's amended statement of material facts. (See Doc. 281.)