**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | **CIVIL ACTION NO. 1:05-CV-0818** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **THE UNITED STATES OF** | : | |
| **AMERICA, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 24th day of April, 2008, upon consideration of *pro se* plaintiff's motion for partial reconsideration (Doc. 294) of the order of court dated April 7, 2008 (Doc. 293), in which the court denied plaintiff's "motion for issuance of restraining order and/or protective order and to rejoin the Navy,"[1] and the court finding that there are no manifest errors of law or fact in the challenged order, <u>see</u> <u>Harsco Corp. v. Zlotnicki</u>, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion for reconsideration (Doc. 294) is DENIED.[2]

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] In the instant motion, plaintiff does not seek reconsideration of the denial of his request to rejoin the Navy as a defendant. (<u>See</u> Doc. 295 ¶ 3 at 3.)

[2] Plaintiff incorrectly states that "Defendant Ghormley remains bound to this action." (Doc. 295 ¶ 5 at 3-4.) The memorandum and order of court dated June 9, 2006 (Doc. 65) granted the motion to dismiss with respect to *all* claims against defendant Ghormley. The only remaining defendant in the above-captioned action is General James L. Jones, Jr.