# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH**, | : | CIVIL ACTION NO. 1:05-CV-0818 |
| | : | |
| Plaintiff | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **THE UNITED STATES OF AMERICA**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 11th day of October, 2013, upon consideration of *pro se* plaintiff's motion (Doc. 306) for relief and to reopen the above-captioned case, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that plaintiff's motion (Doc. 306) to reopen the above-captioned case is DENIED.

      /S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      Chief Judge, Middle District of Pennsylvania