IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH,** | : | CIVIL ACTION NO. 1:05-CV-0818 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **THE UNITED STATES OF AMERICA**, *et al.*, | : | |
| Defendants | : | |

# ORDER

AND NOW, this 23rd day of March, 2015, upon consideration of *pro se* plaintiff Rory M. Walsh's motion (Doc. 319) for relief and to reopen the above-captioned case, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that plaintiff's motion (Doc. 319) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania